Alvin A. AMAR, Petitioner,

v.

DEPARTMENT OF THE TREASURY,
Respondent.

No. 03–3323.

United States Court of Appeals,
Federal Circuit.

March 24, 2004.

Alvin A. Amar, Los Angeles, CA, pro se.

Gerald M. Alexander, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Washington, DC, for Respondent.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Joanne BAKER, legal representative
for Jonathan Baker, Petitioner–
Appellant,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES, Re-
spondent–Appellee.

No. 04–5053.

United States Court of Appeals,
Federal Circuit.

March 24, 2004.

Joanne Baker, of Counsel, Scarsdale, NY, pro se.

Ann K. Donohue, Department of Justice, Washington, DC, for Respondent–Appellee.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.